**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**DWAYNE ROBINSON,** :

    **Petitioner** :
                                     **CIVIL ACTION NO. 3:13-3055**

**v.** :

                                       **(Judge Mannion)**

**JOHN KERESTES,** *et al.* :

    **Respondents** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).


                                                    s/ *Malachy E. Mannion*
                                             **MALACHY E. MANNION**
                                             **United States District Judge**

**Dated:** April 22, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-3055-01-ORDER.wpd